# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES,

    Plaintiff,

vs.

HOWARD LEVENTHAL,

    Defendant

Case No.: 13-cr-844

JUDGE ANDREA R. WOOD

## ORDER TERMINATING PROBATION

Pursuant to 18 U.S.C. § 3583(e)(2)(1) the court orders as follows:

1. The court finds that Supervised Release in this matter commenced on June 10, 2019; and that the interests of justice are served best by terminating supervised release as of the June 10, 2020 anniversary date, however;

2. The Defendant although strictly in compliance with restitution terms, in absolute terms has made an insignificant contribution to restitution, therefore: No later than thirty days after entry of this order, the Government and Defendant shall provide this court with an agreed order for court endorsement establishing a contract under civil law, for the Defendant to continue paying 10% of his income for 10 years following entry of this order;

3. Now therefore Defendant's probation period is hereby terminated effective June 10, 2020 reversible only if the court finds that the Defendant fails to cooperate with the Government or enter into an agreement reasonably in accordance with paragraph 2 above within 60 days of this order.

SO ORDERED,

**UNITED STATES DISTRICT COURT**

_____

Andrea R. Wood, Judge          Date: _____ 2020

JUDGE ANDREA R. WOOD - 10