**FILED**

**5/14/2020**

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

Howard Leventhal
1205 Prairie Brook Dr D1
Palatine, IL 60074
ph 262-997-8570
email: HLEV3@AOL.com

May 14, 2020

Honorable Judge
Andrea R. Wood
United States District Court
Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

13-cr-844 U.S. v. Leventhal

IFP Application

*via email to Courtroom Deputy*

Your Honor:

Thanks very much for your invitation to submit an application for assigned counsel, please consider the attached. Given the complexity of both the circumstances and the Defendant, I would appreciate being assigned a CJA Panel lawyer rather than an overburdened Federal Defender, if the Court deems fit please.

Over the course of misconduct by Probation officers since 2019 I have written to Chief Probation Officer Marcus Holmes 8-10 times attempting to resolve my issues with his subordinates and never received a reply. Obviously Mr. Holmes is a superior form of life and owes no duty of respect or politeness to a lowly individual such as myself. Perhaps he will be more responsive if contacted by a lawyer.

Many thanks for your kind consideration.


RESPECTFULLY SUBMITTED,
Defendant pro se

Howard Leventhal