**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> vs. <br><br> HOWARD LEVENTHAL, <br><br> Defendant | Case No.: 13-cr-844 <br><br> JUDGE ANDREA R. WOOD |



FILED 5/26/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# MEMORANDUM TO THE RECORD

**NOW COMES the Defendant**, Howard E. Leventhal, a non-attorney *pro se* (hereinafter "Leventhal" or "Defendant") hereby respectfully submitting this Memorandum to the Record pursuant to Defendant's pending Petition for Early Termination of Supervised Release. Attached is a true and correct copy of an emailed message and attachment from Defendant to his currently assigned U.S. Probation officer, dated today.

**Respectfully submitted**,

DEFENDANT
*pro se*:

_____ Date: May 23, 2020

Howard Leventhal
1205 Prairie Brook Dr D1
Palatine, IL 60074
Ph 262-997-8570
Email: HLEV3@AOL.COM

JUDGE ANDREA R. WOOD - 1

**From:** hlev3@aol.com,
**To:** Jay_Nichols@ilnp.uscourts.gov,
**Cc:** Melinda_Torres_Felix@ilnp.uscourts.gov,
**Subject:** Upcoming Supervision Report
**Date:** Sat, May 23, 2020 3:07 am
**Attachments:** Mary-RPOC.pdf (413K)

Mr Nichols:

My response will be "NO" to the question on the upcoming Supervision Report due 6/1/20, "Have you been charged with a crime?" As you are aware, my ex-wife is an officer of the Republican Party of Ozaukee County*, who directed campaign funds to Ozaukee County Wisconsin court and law enforcement officials, to purchase court favors to my extreme detriment, unconstitutionally oppress me and to insulate herself from criminal liability for kidnapping my daughter.

**I do not deem any such activity in Wisconsin to be legitimate exercises of government authority for at least the reason that none of the court officials involved are "impartial magistrates" as Wisconsin law mandates. They have all received monetary consideration as quid pro quo for whatever court orders have been issued in Wisconsin.**

Moreover I have placed expressions of my love for my daughter "Dreams of My Daughter" at this web address: https://dreamsofmydaughter.blogspot.com/

Anybody who objects to this expression of my truest, deepest feelings and then attempts to further suppress exercise of my First Amendment rights can █████████████████████ A copy of this email message and attachment will be attached to my June Supervision Report.

- Howard Leventhal

*See attached letter dated November 15, 2019, signed by Mary Handeland, my ex wife, on letterhead of Republican Party of Ozaukee County stationery, retrieved from official Wisconsin state web servers.



The Republican Party of Ozaukee County
N62 W278 Suite 5, Washington Ave., Cedarburg, WI 53012
PAID FOR BY THE REPUBLICAN PARTY OF OZAUKEE COUNTY
Phil Georges, Chairman and Cari Anne Milhalko, Treasurer

*Village of Thiensville,*
*Amy Langlois, Clerk*
*President Van Mobley*
*250 Elm St*
*Thiensville, WI 53092*

November 15, 2019

Dear Municipal Official and Clerk,

Pursuant to Wisconsin Statute § 7.30(4), the Republican Party of Ozaukee County (RPOC) may submit a certified list of Election Inspector (EI), and Special Voting Deputy (SVD) where applicable, nominees to each municipal governing body in Ozaukee County. As the RPOC Chair, I submit the attached list of the following individuals, who have agreed to be designated Republican First-Choice nominees, to serve as election workers for the Village of Thiensville for the 2020 and 2021 calendar year elections. All of the persons listed must be invited to participate as Election Inspectors and SVDs prior to inviting any other persons who may wish to serve as a Republican representatives for your polling place for any given election.

The RPOC has worked diligently to comply with the Wisconsin State Statutes related to this responsibility as a Republican Party county organization. By providing this list of qualified election inspectors, we are proud of helping ensure that Wisconsin's elections remain open, fair, and transparent.

If you have questions, please feel free to contact me.

Sincerely,

*Phillip S. Georges*
*Chair, RPOC*
*414-758-9192*

*Mary Handeland*
*Secretary, RPOC*
*262-665-2900*