UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 13 CR 844 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| HOWARD LEVENTHAL | ) | |

**GOVERNMENT'S RESPONSE TO RENEWED MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, after consultation with the United States Probation Department, does not oppose defendant Howard Leventhal's renewed motion for early termination of his supervised release on its one-year anniversary date of December 11, 2020, pursuant to 18 U.S.C. § 3583(e)(1), which permits this Court to terminate a term of supervised release after the expiration of one year of supervision if satisfied that such action is warranted by the conduct of an offender and is in the interest of justice.

                                                          Respectfully submitted,

                                                          JOHN R. LAUSCH, JR.
                                                          United States Attorney

By:   */s/ William R. Hogan, Jr.*
        WILLIAM R. HOGAN, JR.
        Assistant United States Attorney
        219 South Dearborn Street, Room 500
        Chicago, Illinois 60604

Dated: November 16, 2020