**Howard Leventhal**
1205 Prairie Brook Dr D1
Palatine, IL 60074



RE: US v. LEVENTHAL

13-cr-844

Pending Motion

November 17, 2020

The Honorable Judge
Andrea R. Wood
United States District Court
Northern District of Illinois

Via ECF

Your Honor:

Today is my daughter's birthday. Putting this letter into the public record is the only way under current constraints that I may attempt to reassure her at some point in the future, that I have never forgotten her birthdays.

There are no words sufficient to describe the many levels of helplessness, hurt and other unpleasant feelings this day and these circumstances elucidate. I appreciate that the Government has chosen to express no objection to my pending motion for early termination of probation; and hope you might thoughtfully rule in chambers at your earliest opportunity, obviating any need to hold a hearing on December 4, 2020.

Many thanks for any kind consideration that you may be able to provide.

Respectfully,
DEFENDANT PRO SE

Howard Leventhal

Cc: US Attorney via ECF