FILED 1/7/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
MP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES,

    Plaintiff,

vs.

HOWARD LEVENTHAL,

    Defendant

Case No.: 13-cr-844

JUDGE ANDREA R. WOOD

## NOTICE OF FILING

To:    William Hogan, via email to: William.hogan@usdoj.gov
           John Lausch, via email to: john.lausch@usdoj.gov

  Be advised that on this date I filed in the above captioned matter, the attached letter to Attorney General-Nominee, Judge Merrick Garland. Said letter was dispatched to Judge Garland's home address which is redacted and cleansed from this filing.

    Yours truly,

_____
Howard Leventhal
Defendant *pro se*

Date: January 7, 2021

JUDGE ANDREA R. WOOD - 1

**Howard Leventhal**
1205 Prairie Brook Dr D1
Palatine, IL 60074
ph 262-997-8570 | email HLEV3@AOL.COM

January 7, 2020

Merrick Garland                        **STUNNING LEVEL OF MISCONDUCT AT DOJ**

[REDACTED]
                                    Via Overnight Service

Judge Garland:

Please forgive me for writing to you at home. I wanted this message to be memorable and ahead in line of all the other similar messages you are likely to receive. Thank God for yesterday's final resolution in Congress. I have new hope for America at long last, particularly in light of your nomination as Attorney General.

I am a 64-year-old suburban Chicago father, trained as a pilot at Waukegan Airport which I believe is a few miles from your birthplace. I had a long career in tech business development prior to taking a series of "face-plants" in the aftermath of the 2008 market crash. While still supporting my elderly parents, the daughter I adopted in China, my ex-wife who was dying horribly of multiple sclerosis and needed 24/7 care, as well as my two stepsons – I committed wire fraud and obtained a sizeable sum of money illegally. Thereafter I received a 60-month sentence in federal prison and was released after about 39 months under elderly prisoner provisions of the First Step Act, re-entering the community in April 2019.

All this however is secondary to my motive for writing now. I committed a crime. I deserved a certain amount of time in prison as the relevant statutes dictate. My sentence was arguably somewhere between 10x and 1,825 times the duration of the closest comparable sentence for what can only be described as judicial misconduct also. But still this is *nothing* compared to the "collateral" harms which have been wrecked upon me and continue to this day, twenty months after my release, at the hands of DOJ personnel still retaining power in the matter.

The complaint attached, filed in Cook County Court provides on overview of my issues. Some of the assertions are hyperbolic, because I am simply incredulous and overwrought about the fact that not only have these things been done but they continue. The over-arching issue is this:

For self-promotion purposes the prosecutor in my case deliberately, designedly destroyed my relationship with my beloved daughter, for whom I would surely sacrifice my life. I have dreamt since adolescence of becoming a father and there is nothing about my existence remotely approaching the sacred and holy place I hold for being my daughter's father. Yet somehow this miscreated (now former) prosecutor Winston Paes has used this and continues using it to promote his current career in private practice, while being covered-for as recently as this week by DOJ employees AUSA William Hogan and US Attorney for the Northern District of Illinois John Lausch, who are copied on this letter and both of whom have now made themselves into co-conspirators in the ongoing, Paes-created obstruction of justice conspiracy in my case.

During the sentencing phase of my case, ex-prosecutor Paes, the investigating FBI Agent Christopher Delzotto, a Probation employee named Michelle Espinosa and my daughter's mother Mary Handeland, crafted and executed a plan inducing Mary to provide false testimony to the court. The FBI agent perjured himself as well. Among all the false submissions purpose-built to prolong my sentence was (the ludicrous fiction) that I posed some sort of threat to my daughter and that the serious, chronic medical conditions I have were not as severe as I claimed. Prosecutor Paes went so far as to recruit a Chicago physician to examine me and produce a report in editable format including the doctor's signature, which Paes then altered from the original to support the outcome he wanted – which was the ludicrous sentence he then produced. In doing this Paes used federal confidential witness monies to pay my ex-wife in subornation of perjury.

Why does any of this matter to me now, seven years after my arrest? Because one of the quid pro quos promised and delivered to my ex-wife in subornation of her perjury, was to eviscerate my relationship with my daughter. In addition, I was literally tortured in prison through withheld medical care because of the minimization of my condition inserted into the record by these individuals. But this is the least of my present concerns. BOP "medical facilities" are nightmarish places about which you will surely learn from others not long after taking office.

I have accepted almost everything about the extra-judicial abuses forced upon me since my guilty plea. After all I obtained a serious amount of money from unsuspecting victims who had no reason to suspect that some (but not all) of my representations to them were falsified. I violated my own personal lifelong code of conduct, to my own endless shame and diminution of my self-respect. There is no adequate excuse for my behavior. End of story.

Except the story has not ended there.

It is a bridge too far to expect me merely to accept that I must live out my life and never see or interact with my daughter again – a posture that your soon-to-be employees continue attempting to force upon me, as recently as this week. They have now sought to have the termination of my period of supervised release rescinded, for among other reasons to continue the unbelievable, outlandish coverup of egregious misconduct of government employees in my case. The seek to reinstate control over me to harass me and intimidate me into ending my certain legal acts to hold them and their colleagues legally responsible for all of the horrendous hurt and harm the DOJ has cruelly, groundlessly inflicted upon me and my daughter. I just cannot and will not lay down for this, not for one more minute.

**Why do I write today?**
My request of you pursuant to this letter, is to please investigate these issues and order these miscreants to leave me the hell alone, as soon as possible after taking office as Attorney General. I have committed no crimes since my release except the horrific offense of trying to find some legal way to reconnect with my daughter. If there is some federal crime they think I've committed they should charge me with it – or just go away. Their effort to bring me back under daily control of Probation officers who participated in the design of the obstruction of justice

conspiracy which destroyed my relationship with my daughter, is something I would not believe if I saw it in a movie. Yet it goes on and on.

What these NDIL DOJ employees should be doing, is arresting and charging ex-prosecutor Winston Paes, the FBI Agent, several Probation officers and my ex-wife, rather than perpetuating the ongoing obstruction of justice conspiracy as they are. Instead, they act like so many government employees I have encountered through this long, sad experience – as self-righteous, useless jackasses falsely posturing that it is not possible for anybody in law enforcement to be wrong.

Except they are wrong.

I like you am a child of the 50s and 60s. Although in 1968 we witnessed severe falls from grace of high government officials, we were raised to believe mostly that those entrusted with the levers of government power have been generally, up to the responsibility. My personal experience however is that the DOJ sees itself as a descendant of 18th century slavers and its prisoners as chattel to be converted and leveraged into money by any means available. To observe that I am beyond disappointed by this grandly understates the truth.

At minimum I would hope that you might inquire after taking office as to how these issues in Chicago are being dealt-with. My primal goal however is finding some way to move these people out of the way so that I may re-approach my daughter and reconnect with her in the gentle way fathers are supposed to employ, rather than the scorched-earth way I am presently left with.

Any kind assistance you might provide would be eternally appreciated. I wish you all the best, a speedy confirmation and much luck in your new responsibilities.

Best wishes,

Howard Leventhal


Cc:    John Lausch
         William Hogan