UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOWARD LEVENTHAL | No. 13 CR 844<br><br>Judge Andrea R. Wood |

**GOVERNMENT'S SUPPLEMENT TO MOTION TO RECONSIDER
EARLY TERMINATION OF SUPERVISED RELEASE**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby submits a supplement to its motion to reconsider this Court's December 3, 2020 order granting defendant Howard Leventhal's second motion for early termination of his supervised release, for the following reasons.

In two recent telephonic status conference calls Howard Leventhal has gone to great lengths to promise this Court that if his supervised release is reinstated and the charges of cyberstalking against him in Wisconsin are dismissed he will turn over a new leaf by stopping all harassment of his former wife and other persons such as those he has sued in meritless lawsuits, including the one filed in the Circuit Court of Cook County on December 15, 2020. *See* Dkt. 42 Ex. A (Leventhal's Cook County Lawsuit). Mr. Leventhal repeatedly swore to this Court that he has seen the error of his ways, has realized that he needs mental health treatment, and will stop the conduct that led to the filing of the motion to reinstate his supervised release.

That, however, is clearly false. The government was advised today by Steve Zissou, Leventhal's former CJA-appointed defense attorney in his Brooklyn federal

prosecution, that Leventhal created at least two websites that are filled with false information about that attorney and his partner, Sally Butler, both of whom were named as defendants in Leventhal's December 15, 2020 frivolous lawsuit. *Id*. Those websites are immediately available to anyone who searches for Mr. Zissou's name and/or practice on the two most commonly used search engines, Google and DuckDuckGo.com. This conduct is evidence of Leventhal's bad faith and false promises.

## IV. Conclusion

For the foregoing reasons, the government again respectfully requests this Court to reconsider its December 3, 2020 order and to reinstate defendant Leventhal's supervised release.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ William R. Hogan, Jr.*
WILLIAM R. HOGAN, JR.
Assistant United States Attorney
219 South Dearborn Street, Room 500
Chicago, Illinois 60604