UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

UNITED STATES
v.
HOWARD LEVENTHAL

Case No. 13-cr-844
Judge Wood

FILED
APR 27 2021 MP
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

REQUEST FOR COPIES OF SEALED ITEMS

NOW COMES DEFENDANT Howard Leventhal, personally, a non-attorney pro se, hereby respectfully submitting this <u>urgent</u> request for copies of sealed items. In support of this request, Leventhal states:

1) On 4/9/21 the Clerk was kind enough to fill most of a request for items in the record and then did, as requested, send by mail to the defendant. Missing however were <u>docket entries 12 and 14, Special Report 12A</u>. Clerk advises that these items are sealed. Please see enclosures.

2) Defendant requires this material as defense exhibits in state v. Leventhal, four joined criminal cases in Ozaukee County Wisconsin. These items will become trial exhibits and redacted where necessary. For these reasons Mr. Leventhal respectfully requests that the court order the Clerk, not necessarily to unseal, but to provide Leventhal with copies directly please, at soonest possible time. Please address to: Howard Leventhal, #174956, Ozaukee County Jail, 1201 S. Spring St, Port Washington, WI 53074.

RESPECTFULLY SUBMITTED
DEFENDANT PRO SE

[signature]

HOWARD LEVENTHAL
INMATE: 174956
OZAUKEE COUNTY JAIL
1201 S. SPRING ST
PORT WASHINGTON, WI 53074

4/19/21
DATE

CC: AUSA via ECF



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
CLERK

[1]Prisoner Correspondence

Date: 04/09/2021

In response to your enclosed request, please see the box or boxes checked below:

☐ This court does not have the requested forms. Check with your law library or the public library.

☐ Communications to the court (such as letters sent to the judge) without a certificate of service showing that you mailed copies to all parties are what the law calls "ex parte" and will not be considered by the court. All court filings must be in the form of pleadings, with the case name, number, and caption, and served on opposing parties, in order to comply with Fed. R. Civ. P. 5. Any requests for court action must be made by motion (such as "motion for an extension of time"). **No judge's name should appear on the outside of the envelope; letters should be addressed to the Clerk of Court (in care of the Prisoner Correspondent, if you are incarcerated).**

☐ The enclosed material contains no case number or case title. Without that information the document cannot be processed. Accordingly, the material you submitted to this office is being returned to you. See Fed. R. Civ. P. 10(a).

☐ Check with the trust fund officer at your institution to determine the status of payment of your court filing fees.

☐ Status request: Attached is the latest docket entry in your case.

☐ Please be advised that we are not attorneys and are prevented by federal law from answering questions of a legal nature. We are also prohibited from interpreting the rules. You should direct your questions to an attorney who will be able to give you the legal advice you seek, or to contact the law library at your institution. We regret that we cannot assist you in this matter.

    Contact:    Attorney Registration and Disciplinary Commission of the Illinois
                     Supreme Court (ARDC)
                     One Prudential Plaza
                     130 E. Randolph Drive, Suite 1500
                     Chicago IL 606901

---

[1] The Prisoner Correspondence Office is the department of the Clerk's Office which processes all mail from inmates.

- ☐ Local Rule 5.1 (N.D. Ill.) requires that "all materials shall be filed in the divisional office of the division to which the case is assigned." Your case is assigned to the Western Division. Send all requests and documents related to this case to the Western Division at:
  U.S. District Court for the Northern District of Illinois
  327 South Church Street
  Rockford, IL 61101

- ☐ The Local Rules for U.S. District Court, Northern District of Illinois, are available online at www.ilnd.uscourts.gov. However, if you want a copy mailed to you, the fee is $10.50 payable to Clerk, U.S. District Court. Send the fee and your request to:
  Clerk, U.S. District Court
  Attn: Cashier
  219 S. Dearborn - 20th floor
  Chicago, IL 60604

- ☐ The Federal Rules of Civil, Criminal, Bankruptcy, Evidence or Appellate Procedures are available online at www.ilnd.uscourts.gov. However, if you want a hard copy, contact:
  Superintendent of Documents
  U.S. Government Printing Office
  732 North Capitol Street, N.W.
  Washington, D.C. 20402

- ☐ Pursuant to Local Rule 5.6 (N.D. Ill.), no pleading, motion [except for motion to intervene], or other document shall be filed in any case by any person who is not a party thereto, unless approved by the court. Without such an order, the clerk shall not accept any document sent in by a person who is not a party.

- ☐ We cannot comply with your request to backdate-stamp your documents. If you want received-stamped copies returned to you, they must be received at the time of filing. Accordingly, your documents are being returned to you.

- ☐ You filed your case under an alias, and not the name under which you are incarcerated. Your mail at the institution must be addressed to you under your institutional name. Therefore, unless you inform the court in writing of your correct name, and ask the court to remove your alias name, you will not receive any further notices from the court.

- ☒ Other: Please note docket entries 12 and 14 are Special Report 12A. Both of these documents are sealed and require a court order to unseal them. Therefore, we are unable to provide them at the moment.

Rev. 06/29/2016

HOWARD LEVENTHAL
INMATE #174956
OZAUKEE COUNTY JAIL
1201 S. SPRING ST
PORT WASHINGTON, WI
53074

MILWAUKEE WI 530
20 APR 2021 PM 3 L



CLERK OF COURT
U.S. DIST. COURT
219 S. DEARBORN
CHICAGO, IL 60604



04/27/2021-16

60604-180099

2021 APR 27