

FILED
6/1/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
DB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> vs. <br><br> HOWARD LEVENTHAL <br><br> Defendant | Case No.: 13-cr-844 <br><br><br><br> JUDGE ANDREA R. WOOD |

# DEFENDANT'S MOTION FOR TEMPORARY ORDER STAYING DOJ COLLECTION ACTIVITIES

NOW COMES DEFENDANT Howard E. Leventhal, a non-attorney pro se, hereby respectfully submitting this motion for order temporarily staying DOJ financial collection activities in this matter. In support of this motion, Defendant states as follows:

1. On May 27, 2021 Defendant filed a motion with this court to set aside payment of restitution in this matter, for good cause shown including DOJ breach of the plea agreement in this matter.

2. Since then, it has come to the undersigned's attention that the DOJ's Goat-Herder-in-Chief, AUSA William Hogan, has somehow found a way to destroy the financial relationship between Defendant Leventhal and a particular financial institution. Apparently, this was done because destroying Leventhal's relationship with his daughter was unsatisfying.

3. It has been extraordinarily difficult for Leventhal to re-establish any amount of personal credit, which is necessary to obtain minimally sufficient housing. The amounts of money involved are insubstantial, but the effects of Hogan's latest improper acts upon Leventhal's credit

JUDGE ANDREA R. WOOD - 1

rating are quite significant and harmful. In light of all the criminal acts Hogan has surely engaged-in as alleged in Leventhal's motion to set aside the restitution order, there appears to be no limit. Intervention by this court to prevent further harm is requested.

**NOW THEREFORE**, Defendant Howard Leventhal respectfully requests that this court enter a temporary stay order (along lines of the **attached proposed order**) upon the Department of Justice as to any and every form and manner of financial collection on restitution, fines, fees and all other forms of monetary assessment upon the Defendant pursuant to this case, until such time as the court rules on Leventhal's motion to set aside restitution order.

Respectfully submitted,
DEFENDANT PRO SE

_____ Date: May 29, 2021

**Howard Leventhal**
276 S. Military Road
Fond du Lac, WI 54935
Ph 262-997-8570
Email: HLEV3@AOL.COM

JUDGE ANDREA R. WOOD - 2